THE HONORABLE ROBERT J. BRYAN
THE HONORABLE KAREN L. STROMBOM

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CURLIN PENNICK III,<br><br>          Plaintiff,<br><br>  v.<br><br>ERIN LYSTAD, ROBERT WEBER, and SARA SMITH,<br><br>          Defendants. | NO. C17-5152-RJB-KLS<br><br>NOTICE OF APPEARANCE |

TO:    **CLERK OF THE ABOVE-ENTITLED COURT; and**

TO:    **CURLIN PENNICK, III, Plaintiff Pro Se:**

      COME NOW the Defendants, ERIN LYSTAD and SARA SMITH, without waiving objection as to sufficiency of service of process or jurisdiction of this Court, and hereby enter their appearance in the above-entitled action by and through their attorneys, ROBERT W. FERGUSON, Attorney General, and TIMOTHY J. FEULNER, Assistant Attorney General, and requests that all future pleadings and correspondence be sent to said attorneys at the address given below.

      RESPECTFULLY SUBMITTED this 17th day of April, 2017.

ROBERT W. FERGUSON
Attorney General

s/ Timothy J. Feulner
TIMOTHY J. FEULNER, WSBA #45396
Assistant Attorney General
TimF1@atg.wa.gov

NOTICE OF APPEARANCE
NO. C17-5152-RJB-KLS

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused to be electronically filed the NOTICE APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:

CURLIN PENNICK, III, DOC #858728
STAFFORD CREEK CORRECTIONS CENTER
191 CONSTANTINE WAY
ABERDEEN WA 98520

**docscccinmatefederal@doc1.wa.gov**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 17th day of April, 2017, at Olympia, Washington.

s/ Amy Jones
AMY JONES
Legal Assistant
Corrections Division
PO Box 40116
Olympia WA  98504-0116
360-586-1445
AmyJ@atg.wa.gov

NOTICE OF APPEARANCE
NO.  C17-5152-RJB-KLS

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445