# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CURLIN PENNICK III,,

           Plaintiff,

v.

ERIN LYSTAD, ROBERT WEBER, and SARA SMITH,

           Defendants.

CASE NO. 17-5152 RJB-TLF

ORDER ON REPORT AND RECOMMENDATION

THIS MATTER comes before the Court upon review on the Plaintiff's Motion for Extension of Time (Dkt. 49) and the Report and Recommendation of U.S. Magistrate Judge Theresa L. Fricke (Dkt. 48). The Court has considered the Report and Recommendation, objections, if any, and the remaining record.

Plaintiff filed this 42 U.S.C. § 1983 case, asserting that Defendants violated his constitutional right to be free from cruel and unusual punishment when they refused to prescribe him Naphazoline eye drops and failed to refer him to an outside optometrist. Dkt. 28.

ORDER ON REPORT AND RECOMMENDATION - 1

On June 20, 2018, the Report and Recommendation was filed, and recommends that: (1) the Defendants' motion for summary judgment be granted, (2) the claims dismissed, and (3) the Defendants' motion that the dismissal count as a strike under 28 U.S.C. 1915 (g) be denied. Dkt. 48. The Report and Recommendation was noted for July 6, 2018.

On July 5, 2018, Plaintiff filed the pending Motion for Extension of Time to file his objections by July 19, 2018. Dkt. 49. Defendants do not oppose the motion. Dkt. 50.

On July 9, 2018, the Report and Recommendation was renoted for consideration for July 20, 2018. Dkt. 51.

On July 18, 2018, Plaintiff filed a Notice of Appeal. Dkt. 52. Plaintiff's notice states that it is appealing the July 10, 2018 "Judgement in a Civil Case." *Id.*

The facts and procedural background are in the Report and Recommendation (Dkt. 48) and are adopted here.

**Notice of Appeal**. Generally, once a notice of appeal is filed from a final judgment, the district court is divested of jurisdiction. *Laurino v. Syringa General Hosp.*, 279 F.3d 750, 755 (9th Cir. 2002); *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58- 59 (1982). This general rule does not apply here because no final judgment has been entered.

Plaintiff has filed several cases in this district, including *Pennick v. Coleman*, Western District of Washington case number 17-6001 RBL-JRC. A final judgment was entered in *Pennick v. Coleman* on July 10, 2018 (*Id.,* Dkt. 37); raising the question of whether Plaintiff inadvertently entered the wrong caption and case number in the Notice of Appeal filed in this case. In any event, Plaintiff's notice of appeal does not divest this Court of jurisdiction to consider the pending motion or the Report and Recommendation.

**Motion for Extension of Time**. Under Fed. R. Civ. P. 6 (b), the Court may extend deadlines for good cause. Plaintiff has shown good cause for an extension of time to file his objections to the Report and Recommendation. Plaintiff's Motion for Extension of Time (Dkt. 49) should be granted.

**Report and Recommendation**. The Report and Recommendation (Dkt. 48) should be adopted for the reasons stated therein. Although Plaintiff sought extra time to file them, he did not file any objections. All claims should be dismissed. The dismissal should not count as a strike under 28 U.S.C. § 1915 (g). This case should be closed.

## ORDER

It is **ORDERED** that:

- Plaintiff's Motion for Extension of Time (Dkt. 49) **IS GRANTED**;
- The Report and Recommendation (Dkt. 48) **IS ADOPTED**;
- The claims asserted in the case **ARE DIMISSED WITH PREJUDICE**;
- This dismissal **DOES NOT COUNT** as a strike under 28 U.S.C. § 1915 (g); and
- This case **IS CLOSED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 30th day of July, 2018.

*[signature]*

ROBERT J. BRYAN
United States District Judge